Michael R. Spengler
FULL NAME

T.T.C.F. Twin Towers Correctional Facility
COMMITTED NAME (if different)

450 Bauchet Street
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Los Angeles, CA 90012

#3984203
PRISON NUMBER (if applicable)



FTC 6-25-21  written & put in mailbox

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Michael R. Spengler
                    PLAINTIFF,

v.

Deputy Lopez
                    DEFENDANT(S).

CASE NUMBER 2:21-CV-05383-DOC-SP

NEW
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? **MANY- see DOCKET**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

see: 2:21 CV 02881 DOC SP Mareno/Padilla
2:21CV02362 DOCSP - Deputy Infante
2:21-CV-01161-DOC-SP Deputy LUA
2:21 CV 01837-DOC-SP SGT Carranzo
All related & at least 2 pending
also 2:21 CV 04093 DOCSP Ramus

a. Parties to this previous lawsuit:
   Plaintiff __Michael R. Spengler__
   Defendants __always LASD Deputies/Staff of TTCF Facility Floor 232__
b. Court __always DOC-SP (USDC central CA)__
c. Docket or case number __see pg. 1__
d. Name of judge to whom case was assigned __Sheri Pym Hon.__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still (pending?))
f. Issues raised: __'1983 mostly Harassment from staff__
g. Approximate date of filing lawsuit: __this year since Jan__
h. Approximate date of disposition __w/in 6 mo.__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No
   If your answer is no, explain why not __I use the Incustody Jail Inmate complaint form + complaint box in our dorm. A Sgt. picks up daily + will verbally deny or grant next day or so. No other method available__

3. Is the grievance procedure completed? ☒ Yes  ☐ No
   If your answer is no, explain why not __I also filed a seperate BOS/Govt Tort for my 28 USC 1367__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Michael R. Spengler__ - At all times pretrial Detainee
                                                       (print plaintiff's name)
who presently resides at __TTCF 450 Bauchet St. LA CA 90012 - Floor 232 ADA hospital__
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__TTCF__
(institution/city where violation occurred)

on (date or dates) __FEB. 2021__ , _____ , __present__ .
                    (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Deputy Lopez__ resides or works at
(full name of first defendant)
__450 Baucher St. LA CA 90012 · Floor 232__
(full address of first defendant)
__Female Deputy of 232 of LASD - present day__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
__At all times mentioned Acting under color of State law & law.__

2. Defendant _____ resides or works at
(full name of first defendant)
_____
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
(full name of first defendant)
_____
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS* 1

~~CLAIM~~

The following civil right has been violated:

#1 Jail can be a dangerous place to live & inmates and petitioner are subjected to potential abuse by guards as well as attack by other inmates. The Constitution imposes on Jail officials a duty to protect to "take reasonable measures to guarantee safety of inmates & petitioner can file a failure to protect claim to enforce their const. right to be protected. FACTS: ON THE DAYS THAT MS. LOPEZ is here she takes it upon herself to gather all of the inmates breakfast at 8 & another time at 12pm lunches into a box and tosses the box into the dorm. It sounds "petty" but it is not. Normally the trustees who the LASD hired & are medically cleared & assigned to the position who bring them up to 232 come in & pass them out. A) We *are ADA & unable to pass them or go up & down stairs or medically cleared to handle the food. B) The FREE4411 box she throws in the dorm is unsanitary & no gloves & are grabbed by inmates with incontinence/diaper problems and it is nasty & exposure to Hep A. I've contracted thru this process 2x as a result of her conduct. Well documented

~~Supporting Facts: Include all facts you consider~~ important. State the facts clearly, in your own words, and without ~~citing legal authority or argument. Be certain~~ you describe, in separately numbered paragraphs, exactly what each DEFEN~~DANT (by name) did to violate~~ your right.

This a blatant failure to protect my health. #2 Inmates "run the place" stakes 710 F2d at 1125 & Gates v. Collier 349 FSupp 881, 894 (N.D. Miss 1972) - The other day while I was in my sleep early A.M. Ms. Lopez inappropriately harassed me & touching me & waking me up to tell me that I must be the in dorm "Food trustee", I refused citing the above law and previous incidents including a stair fall. Not only did she write me up (retaliation) & refusal to obey - she woke up a BLM/HOH inmate in my dorm (ADA/dirty/incontinence/not medically cleared) to ~~handle~~ be the dorm trustee & exert control over me & the dorm. My food was taken from me by this violent & dirty HOH/BLM (classified Fisher v. Koehler 692 FSupp 1519, 1562 (SDNY 1988)) who then threatened me (in front of Lopez) & has been since. Threats are enough to constitute a failure to protect -

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1) CLAIM: Deputy Lopez has failed to protect petitioner by creating a hostile environment interfering with his FOOD & sanitation & putting his life in the hands of another inmate - instead of the assigned trustees by LASD

CV-66 (7/97)   CIVIL RIGHTS COMPLAINT   Page 5 of 6

→ • IMMINENT DANGER OF ASSAULT, HARASSMENT, and illness from interference IN or by DENIAL of his FOOD.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

CLAIM #2 A severe or prolonged lack of sanitation can violate the constitution- Inmates **have a right to a basic level of sanitation where they live.** Courts can deny relief if inmates are given sufficient supplies to clean up (DAVIS v. SCOTT 157 F.3d 1003, 1006 9cir. 1998) However... what if they are NOT GIVEN? Not only due to covid but HEP A & other Diseases, Flu & overcrowding, it is necessary to clean our dorm. Since Ms. Lopez has been here & when she does come she will notice cleaning supplies coming to or in our dorm- She will prevent or go in the dorm to remove them- yesterday & today she openly admits to doing so due to write ups against her. She will then laugh about it & fire up an illegal fire hazard bbq she brought & [illegible] eat. CLAIM: Ms. Lopez has demonstrated a continuous pattern of deliberate indifference to plaintiffs needs of basic sanitation exposing him to health risk & imminent danger of getting sick.

CLAIM #3 General negligence- Govt. Tort- Ms. Lopez has a legal duty to to protect & provide a safe environment for plaintiff, his health & living conditions but also a legal duty to know the law- to NOT confront plaintiff about suits or retaliate by her actions such as harassment, taking privileges: TV/vending and creation of hostile environment - I WANT $1 Million Compensatory each & $10 million punitive each claim, costs of actions, & other Appropriate relief, A TRO for her removal, & A TRO to leave me & my dorm alone in all shapes & forms & false writeups/discipline/moving/etc. etc.

6-25-21
(Date)

(Signature of Plaintiff)

U.S. POSTAGE >> PITNEY BOWES
ZIP 90012 $ 000.71
02 4N
0000366588 JUN 28 2021

SPENGLER, Michael R.
#3984203
T.T.C.F.-232
450 BAUCHET ST.
L.A. CA 90012

TO: US District Court
clerk
255 E. Temple ST.
L.A. CA 90012

LEGAL MAIL
6/25

[Stamp: CLERK U.S. DISTRICT COURT, RECEIVED JUL -1 2021, CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]